AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BRYAN MACANCELA and EDISON MACANCELA, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> ALTA OPERATIONS LLC d/b/a Maison Vivienne, ALTA OPERATIONS EAST LLC d/b/a Maison Vivienne, ALLAN BASARAN, and SVITLANA FLOM, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALLAN BASARAN
c/o Maison Vivienne
116 East 60th Street
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Howley, Esq., The Howley Law Firm P.C., 350 Fifth Avenue, 59th Floor, New York, New York 10118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/4/2019                                                        /s/ J. Gonzalez
                                                                    *Signature of Clerk or Deputy Clerk*

