UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRYAN MACANCELA, EDISON MACANCELA,
FILIBERTO VILLALBA, JOSE A. ABREGO,  :  1:19 Civ. 1003 (RA)
LUIS ROMEL CURCHI, MILTON QUIZHPILEMA,
ALEXANDA COSTA, JOHNNY PASTUIZACA, and  :  **[PROPOSED] ORDER**
VICTOR PASTUIZACA, individually and on behalf of
all others similarly situated,                                           :

                        Plaintiffs,                    :

              -vs-                                            :

ALTA OPERATIONS LLC d/b/a Maison Vivienne,   :
ALTA OPERATIONS EAST LLC d/b/a Maison Vivienne,
ALLAN BASARAN a.k.a. HAKAN BASARAN, and   :
SVITLANA FLOM,
                                                                      :
                      Defendants.
------------------------------------------------------------------------X

**RONNIE ABRAMS, United States District Judge.**

      The Court, having reviewed plaintiff's motion to approve a settlement of claims for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, and having reviewed the proposed settlement agreement, finds that the proposed settlement (including the allocation of attorneys' fees and costs) is fair and reasonable. Accordingly, the settlement is approved.

      The Clerk is directed to close Docket Entry No.

      SO ORDERED.

Dated: _____, 2019

                                                         _____
                                                                            U.S.D.J.